# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

---

**JAMEL BARNES,**
          **Plaintiff,**

    **v.**                                  **Case No. 11-C-0435**

**ROM ISAVIGAN,**
          **Defendant.**

---

## ORDER

Plaintiff filed this case on May 5, 2011. Pursuant to Fed. R. Civ. P. 4(m), plaintiff had 120 days from filing within which to effect service of the complaint upon the defendant. That time period expired a long time ago, yet no proof of service has been submitted to the court. Pursuant to Civil Local Rule 41(a), I may dismiss this action without prejudice for lack of service on the defendant after 21 days' notice to the plaintiff. This order provides the plaintiff with that notice. Unless proof of service is filed pursuant to Fed. R. Civ. P. 4(*l*) within 21 days of the date of this order, this action will be dismissed without prejudice.

**SO ORDERED** this 13th day of February 2012.

                                      s/_____
                                      LYNN ADELMAN
                                      District Judge